U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

JAM  
F. #2017R00509

*Select Street Address*  
*Select City & State*

August 17, 2020

By ECF

The Honorable Lois Bloom  
United States Magistrate Judge  
Eastern District of New York  
225 Cadman Plaza East  
Brooklyn, NY 11201

      Re:    United States v. Karl Jordan Jr., et al.  
                Criminal Docket No. 20-CR-305 (ILG)

Dear Judge Bloom:

      The government respectfully moves for an order unsealing the above-captioned matter in its entirety.

      Respectfully submitted,

      SETH D. DuCHARME  
      Acting United States Attorney

By:    _____  
      Artie McConnell  
      Assistant U.S. Attorney  
      (718) 254-7000

Enclosure

cc:    Clerk of Court (by ECF)  
       Michael Hueston, Esq. (by ECF)