

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

| | |
|---|---|
| JAM/MEM | *271 Cadman Plaza East* |
| F. #2017R00509 | *Brooklyn, New York 11201* |

February 4, 2022

<u>By ECF</u>

The Honorable LaShann DeArcy Hall
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:    United States v. Karl Jordan, Jr., et al.
               <u>Criminal Docket No. 20-CR-305 (LDH)</u>

Dear Judge DeArcy Hall:

      As directed by the Court, the parties write to propose a schedule for motion practice and trial in the above-captioned case.

      During the January 28, 2022 status conference, the Court informed the parties that, due to its own scheduling conflicts, trial in the instant matter could not proceed prior to September 2022.  Counsel for defendant Jordan have a trial beginning on August 22, 2022, are therefore unavailable until September 19, 2022, and currently have another trial scheduled on October 17, 2022.  Counsel for defendant Washington also have a trial scheduled on October 17, 2022.  Accordingly, the parties respectfully request that jury selection begin on or about September 22, 2022, with opening statements and testimony to commence the following Monday, September 26, 2022.  The government expects the trial to be completed within two weeks.  Given the scheduling complications resulting from the COVID-19 pandemic, the parties request that the Court also order a backup trial date in February 2023.

      If this is acceptable to the Court, the parties suggest the following motion schedule: severance or dismissal motions to be filed by April 11, 2022, with three weeks for the government's response and one week for movant's reply; suppression and other trial motions to be filed by June 17, 2022, with three weeks for response and one week for movant's reply; and <u>in limne</u> motions to be scheduled by the Court in accordance with its trial schedule.

As noted above, we have spoken with counsel for each defendant about these matters, all of whom consent to the requests herein.

Respectfully submitted,

BREON PEACE
United States Attorney

By: _____/s/_____
Artie McConnell
Mark E. Misorek
Assistant U.S. Attorneys
(718) 254-7000

cc: All Counsel of Record (by ECF)