UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ x

UNITED STATES OF AMERICA,

                -against-

KARL JORDAN, JR., et al.,

                                Defendants.

------------------------------------------------------------------------ x

**NOTICE OF PRETRIAL MOTIONS FOR DEFENDANT KARL JORDAN, JR.**

20 Cr. 305 (LDH)

      PLEASE TAKE NOTICE, that upon the accompanying memorandum of law, dated June 17, 2022 and upon all prior proceedings held herein, defendant, Karl Jordan, Jr., moves before the Honorable LaShann DeArcy Hall, United States District Judge, at the United States Courthouse for the Eastern District of New York, for the following relief, orders:

      1) suppressing all data obtained from Mr. Jordan's phones and all fruits of the poisonous tree regarding the government's investigation; and

      2) suppressing Mr. Jordan's post-arrest statement.

Mr. Jordan also requests leave to join in his co-defendant's motions to the extent they are beneficial to his defense and such other and further relief as the Court may deem just and proper.

Dated:     Brooklyn, New York
           June 17, 2022

                                            Respectfully submitted,

                                            _____/s/_____
                                            MICHAEL HUESTON, ESQ.
                                            16 Court Street, 35th Floor
                                            Brooklyn, New York 11241
                                            (718) 246-2900

                                            MARK S. DEMARCO, ESQ.
                                            Attorney at Law
                                            3867 East Tremont Avenue
                                            Bronx, New York 10465
                                            (718) 239-7070

                                            JOHN A. DIAZ, ESQ.
                                            DIAZ & MOSKOWITZ, PLLC.
                                            225 Broadway, Suite 715
                                            New York, NY 10007
                                            212-227-8208

                                            MONICA NEJATHAIM, ESQ.
                                            Fischetti & Malgieri LLP
                                            565 5th Avenue, 7th Floor
                                            New York, New York 10017
                                            (212) 593-7100

                                            *Counsel for Karl Jordan, Jr.*

To:     Counsel of Record