# MICHAEL HUESTON
### ATTORNEY AT LAW

| | |
|---|---|
| 16 COURT STREET | Tel: (718) 246-2900 |
| 35TH FLOOR | Fax: (718) 246-2903 |
| BROOKLYN, NEW YORK 11241 | Email: mhueston@nyc.rr.com |

ADMITTED NY

December 18, 2023

**BY ECF**
The Honorable LaShann DeArcy Hall
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:  *United States v. Jordan, et al.*, 20-CR-305 (S-2)(LDH)

Your Honor:

      This letter is submitted on behalf of defendant Karl Jordan.

      Please find enclosed defendant's proposed clothing order. If it is acceptable, I request that it be endorsed and stamped for counsel to pick up, so that Mr. Jordan can be provided with appropriate clothing for trial.

                                          Respectfully,

                                          s/Michael Hueston

cc:    Counsel of Record

Enc.