UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - -X

UNITED STATES OF AMERICA,

    - against -                                      20-CR-305 (S-2) (LDH)

KARL JORDAN, JR.,
    also known as "Little D"                      **VERDICT FORM**
    and "Noid," and
RONALD WASHINGTON,
    also known as "Tinard,"

          Defendants.

- - - - - - - - - - - - - - - - - -X

## COUNT ONE
### (Murder While Engaged in a Narcotics Conspiracy)

How do you find the defendant KARL JORDAN, JR.?

    Guilty _____                    Not Guilty _____

How do you find the defendant RONALD WASHINGTON?

    Guilty _____                    Not Guilty _____

## COUNT TWO
### (Murder Through Use of a Firearm)

How do you find the defendant KARL JORDAN, JR.?

    Guilty _____                      Not Guilty _____

How do you find the defendant RONALD WASHINGTON?

    Guilty _____                    Not Guilty _____

                                                      _____
                                                                Foreperson