

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

JAM/MEM/MG
F. #2017R00509

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

January 16, 2024

<u>By E-Mail and ECF</u>

Mark DeMarco, Esq.
*msdlaw@aol.com*

Michael O. Hueston, Esq.
*mhueston@nyc.rr.com*

John A. Diaz, Esq.
*johnadiazlaw@gmail.com*

Emilee A. Sahli
*emilee@sahlilaw.com*

Susan G. Kellman, Esq.
*sgk@kellmanesq.com*

Ezra Spilke, Esq.
*ezra@spilkelaw.com*

Jacqueline E. Cistaro, Esq.
*jec@cistarolawfirm.com*

        Re:    United States v. Karl Jordan, Jr., et al.
                   <u>Criminal Docket No. 20-CR-305 (S-2) (LDH)</u>

Dear Counsel:

        Please find uploaded to USAfx the government's supplemental disclosures pursuant to 18 U.S.C. § 3500 and Rule 26.2 of the Federal Rules of Criminal Procedure ("3500 material") in connection with the upcoming trial in the above-referenced case, with jury selection scheduled to begin on January 22, 2024. If the government becomes aware of any additional 3500 material regarding these potential witnesses, the government will provide it to you as it becomes available.

   The 3500 material has been marked "Sensitive" per the parties' agreement, memorialized by email on December 14, 2023, to treat all 3500 material, as well as exhibits, as "Sensitive" under the Protective Order issued on September 17, 2020 (ECF No. 22).[1]

   The government continues to request reciprocal disclosures from the defendants pursuant to Rule 26.2 of the Federal Rules of Criminal Procedure.

Very truly yours,

BREON PEACE
United States Attorney

By:   /s/
    Artie McConnell
    Mark E. Misorek
    Miranda Gonzalez
    Assistant U.S. Attorneys
    (718) 254-7000

cc:  Clerk of the Court (LDH) (without enclosures)

---

[1] Per the Protective Order, where defense counsel wish to attach any portion of the Sensitive material to public filings made with the Court, defense counsel "<u>must</u> provide advance notice to the government and make application to the Court for authorization to make such disclosure, and such notice must be given sufficiently in advance of the contemplated application so as to permit briefing and argument on the propriety of such disclosure." ECF No. 22 ¶ 6 (emphasis added). This requirement also applies when defense counsel wish to "disclose any portion of" the Sensitive material, or "information derived from" the Sensitive material, in public filings made with the Court. <u>Id.</u> ¶ 5.