*United States v. Jordan et al* **(20-cr-305)**

Rulings on the Government's Motions in Limine to preclude cross-examination of prior witness history, pursuant to Rules of Evidence 608 and 609(b), as supplemented on January 11, 2024, and January 16, 2024.[1]

| Motion to preclude and limit cross-examination of civilian witnesses | | |
|---|---|---|
| **Witness Number** | **Prior  History** | **Ruling** |
| **Civilian Witness 2** | In September 2000, Civilian Witness 2 was arrested in New York for criminal possession of a loaded firearm in the third degree, assault in the third degree (misdemeanor) and reckless endangerment in the second degree (misdemeanor).  Civilian Witness 2 pleaded guilty in November 2000 to reckless endangerment in the first degree and was sentenced to an imprisonment term of one to three years. | GRANTED. |
| | In 2011, Civilian Witness 2 was arrested in New York for attempted grand larceny in the fourth degree of a credit card (misdemeanor). Civilian Witness 2 pleaded guilty in 2011 to criminal possession of stolen property in the fifth degree (misdemeanor) and was sentenced to 90 days. | GRANTED. |
| | In 2018, Civilian Witness 2 was arrested in New York for promoting gambling in the second degree (misdemeanor), disorderly conduct (violation), loitering (violation) and violation of local law (violation). Civilian Witness 2 pleaded guilty in 2019 to disorderly conduct (violation) and was given a conditional discharge and 10 days' community service. | GRANTED. |

---

[1] Nothing in this ruling precludes Defendants from using this evidence for impeachment, as appropriate.

| Civilian Witness 3 | In March 1993, Civilian Witness 3 was arrested in Florida for aggravated assault with a deadly weapon without intent to kill.   Civilian Witness 3 was convicted in 1993 and sentenced to one year probation. | GRANTED. |
| | In April 1993, while attempting to purchase cocaine, Civilian Witness 3 was arrested in Florida for possession of marijuana, selling, delivering or possession with intent to sell or deliver controlled substances within 1,000 feet of a physical place for worship, and possession of drug paraphernalia.  Civilian Witness 3 was convicted of the former two offenses in November 1995 and was sentenced to one year of probation.  Civilian Witness 3's probation was revoked in May 1995 after Civilian Witness 3 was arrested for possession of cocaine and aggravated assault, and Civilian Witness 3 was sentenced to community service of one year. | GRANTED. |
| | In 1995, Civilian Witness 3 was arrested in Florida for battery (a misdemeanor) after a domestic dispute.  The disposition of the case is not reported and the case appears to have been dismissed. | GRANTED. |
| | In 1997, Civilian Witness 3 was arrested in Florida for battery and aggravated assault.  The charges are reported as probation violations, but the sentence is not reported. | GRANTED. |
| Civilian Witness 4 | In 1994, Civilian Witness 4 was arrested for assault in the second degree with intent to cause physical injury.  Civilian Witness 4 was convicted at trial in 1995 and sentenced to an order of protection of one year. | GRANTED. |

| Civilian Witness 5 | Three temporary orders of protection were entered against Civilian Witness 5 in 2018.  They are now expired. | GRANTED. |
|---|---|---|
| **Civilian Witness 6** | In June 2003, Civilian Witness 6 was arrested in New York for menacing in the third degree (misdemeanor) and a domestic incident report was filed.  The charge was dismissed. | GRANTED. |
| | In July 2003, Civilian Witness 6 was arrested in New York for assault in the second degree with intent to cause physical injury with a weapon.  Civilian Witness 6 pleaded guilty in December 2003 to assault in the third degree (misdemeanor) and was sentenced to time served and a $500 fine. | GRANTED. |
| | In May 2004, Civilian Witness 6 was arrested in New York for resisting arrest (misdemeanor).  Civilian Witness 6 pleaded guilty in 2005 and was sentenced to three years' probation. | GRANTED. |
| | In July 2004, Civilian Witness 6 was arrested in New York for grand larceny in the third degree where the property value exceeds $3,000.  The disposition of the case is not reported. | GRANTED. |
| | In 2006, Civil Witness 6 was arrested in New York for assault in the third degree with intent to cause physical injury (misdemeanor).  The charges were dismissed. | GRANTED. |
| **Civilian Witness 7** | In 1982, at the age of 18, Civilian Witness 7 was arrested in New York for burglary in the third degree, criminal possession of stolen property, and resisting arrest (misdemeanor).  Civilian Witness 7 pleaded guilty to burglary in the third | GRANTED. |

| | | |
|---|---|---|
| | degree and was sentenced to six months' imprisonment as a youthful offender. | |
| | In 1984, Civilian Witness 7 was arrested in New York for burglary in the second degree. Civilian Witness 7 pleaded guilty to attempted burglary in the second degree and was sentenced to one year imprisonment. | GRANTED. |
| | In 1985, Civilian Witness 7 was arrested in New York for burglary in the third degree. Civilian Witness 7 pleaded guilty to attempted burglary in the third degree and was sentenced to a concurrent term of imprisonment of 18 months to three years. | GRANTED. |
| **Civilian Witness 8** | In August 1985, at the age of 16, Civilian Witness 8 was arrested in Wisconsin for burglary. The case was referred to the juvenile authorities and the disposition of the case is not reported. | GRANTED. |
| | In November 1985, Civilian Witness 8 was arrested in Wisconsin for operating a vehicle without the owner's consent. The case was referred to the juvenile authorities and the disposition of the case is not reported. | GRANTED. |
| | Also in November 1985, Civilian Witness 8 was arrested in Wisconsin for being a party to the operation of a vehicle without the owner's consent. The case was referred to the juvenile authorities and the disposition of the case is not reported. | GRANTED. |
| | In December 1985, Civilian Witness 8 was arrested in Wisconsin for operating a vehicle without the | GRANTED. |

| | | |
|---|---|---|
| | owner's consent.  The case was referred to the juvenile authorities and the disposition of the case is not reported. | |
| | In January 1986, Civilian Witness 8 was arrested in Wisconsin for operating a vehicle without the owner's consent.  The case was referred to the juvenile authorities and the disposition of the case is not reported. | GRANTED. |
| | Also in January 1986, Civilian Witness 8 was arrested in Wisconsin for burglary and operating a vehicle without the owner's consent.  Civilian Witness 8 was convicted in December 1986 of both counts and sentenced to three years' imprisonment for burglary and 18 months' imprisonment for operating a vehicle without the owner's consent. | GRANTED. |
| | In March 1986, Civilian Witness 8 was arrested in Wisconsin for attempted burglary.  Civilian Witness 8 was convicted in December 1986 of criminal damage and sentenced to six months' imprisonment. | GRANTED. |
| | In 1990, Civilian Witness 8 was arrested in Wisconsin for armed robbery.  Civilian Witness 8 was convicted of theft and sentenced to three years' probation. | GRANTED. |
| **Civilian Witness 9** | In 1994, at the age of 21, Civilian Witness 9 was arrested in New York for criminal mischief for reckless property damage greater than $250 (misdemeanor).  Civilian Witness 9 pleaded guilty to criminal mischief in the fourth degree for destroying an abandoned building (misdemeanor) and received a conditional discharge and two days' community service. | GRANTED. |

| | | |
|---|---|---|
| | Civilian Witness 9 violated the conditional discharge and was resentenced in 1995 to 30 days' imprisonment. | |
| | In February 2006, Civilian Witness 9 was arrested in Maryland with two counts of assault in the second degree (misdemeanor).  The disposition of the case is not reported. | GRANTED. |
| | In June 2006, Civilian Witness 9 was arrested in New York for grand larceny in the fourth degree where the motor vehicle value exceeds $100, criminal possession of stolen property in the fourth degree where the property value exceeds $1,000 and criminal possession of stolen property in the fifth degree (misdemeanor). Civilian Witness 9 pleaded guilty to criminal possession of stolen property in the fourth degree where the property value exceeds $1,000 and was sentenced to five years' probation.  In 2009, Civilian Witness 9 violated probation and was resentenced to six months' imprisonment to run concurrent with the sentence below. | GRANTED. |
| | In 2009, Civilian Witness 9 was arrested in New York for assault in the third degree with intent to cause physical injury (misdemeanor) and harassment in the second degree (violation).  Civilian Witness 9 pleaded guilty to assault in the third degree with intent to cause physical injury (misdemeanor) and sentenced to 60 days' imprisonment with an order of protection. | GRANTED. |
| | In January 2012, Civilian Witness 9 was arrested in New York for assault in the third degree with intent to cause physical injury (misdemeanor). | GRANTED. |

6

| | | |
|---|---|---|
| | Civilian Witness 9 pleaded guilty in March 2012 to disorderly conduct (violation) and received a conditional discharge with an order of protection. | |
| | In October 2012, Civilian Witness 9 was arrested in New York for intent to obtain transportation without paying (misdemeanor) and criminal trespass in the third degree (misdemeanor).  Civilian Witness 9 pleaded guilty that month to intent to obtain transportation without paying (misdemeanor) and was sentenced to time served. | GRANTED. |
| | In June 2014, Civilian Witness 9 was arrested in New York for criminal possession of stolen property in the third degree where property value exceeds $3,000, grand larceny in the third degree where the property value exceeds $3,000 and grand larceny in the fourth degree where the motor vehicle value exceeds $100.  Civilian Witness 9 pleaded guilty in September 2014 to criminal possession of stolen property in the fifth degree (misdemeanor) and was sentenced to 60 days' custody and $250 fine.  Civilian Witness 9 was resentenced in 2015 to 30 days' custody after fleeing before sentencing. | GRANTED. |
| | In 2015, Civilian Witness 9 was arrested in New York for bail jumping in the second degree (related to Civilian Witness 9'sfailure to appear for sentencing for the 2014 arrest), aggravated unlicensed operation of a motor vehicle in the second degree (misdemeanor), a motor vehicle license violation for having no license (infraction), a motorcycle helmet violation (infraction), and for operating an | GRANTED. |

| | | |
|---|---|---|
| | unlicensed motorcycle (infraction). Civilian Witness 9 pleaded guilty to aggravated unlicensed operation of a motor vehicle in the third degree (misdemeanor) and was sentenced to 30 days' custody. | |
| | In February 2023, Civilian Witness 9 was arrested in New York for assault in the second degree for injuring a victim 65 or older, assault in the third degree (misdemeanor) and harassment in the second degree (violation).  The case was adjourned in April 2023 in contemplation of dismissal pursuant to C.P.L. § 170.55.  *See* C.P.L. § 170.55 ("An adjournment in contemplation of dismissal is an adjournment of the action without date ordered with a view to ultimate dismissal of the accusatory instrument in furtherance of justice."). | GRANTED. |
| | Temporary orders of protection were entered against Civilian Witness 9 in 2014, 2016, and 2023.  The first orders are now expired, but the third was issued on April 28, 2023, and is effective until April 27, 2024. | GRANTED. |
| **Civilian Witness 10** | In 1994, at the age of 19, Civilian Witness 10 was arrested in Florida for battery (misdemeanor).  A nolle prosequi was entered. | GRANTED. |
| | In April 2001, Civilian Witness 10 was arrested in Florida for unlawful driving as a habitual offender and resisting arrest (misdemeanor). Civilian Witness 10 was convicted of both offenses and sentenced to two days' imprisonment and one year probation. | GRANTED. |

| | |
|---|---|
| In June 2001, Civilian Witness 10 was arrested in Florida for unlawful driving as a habitual offender and burglary.  The charges were dismissed. | GRANTED. |
| In October 2001, Civilian Witness 10 was arrested in Florida for driving with a suspended license (misdemeanor) and resisting arrest. The disposition of the case is not reported. | GRANTED. |
| In September 2009, Civilian Witness 10 was arrested in Florida for driving with a suspended license as a habitual offender.  The disposition of the case is not reported. | GRANTED. |
| In July 2021, Civilian Witness 10 was arrested in New York for assault in the third degree by recklessly causing physical injury (misdemeanor).  A bench warrant was issued for Civilian Witness 10's arrest in October 2021, and Civilian Witness 10 was returned on the warrant in November 2021, by way of Civilian Witness 10's arrest in the second paragraph.  A new bench warrant for Civilian Witness 10's arrest was issued in January 2022 and Civilian Witness 10 was returned on the warrant in May 2022.  A new bench warrant was issued on May 26, 2022. | GRANTED. |
| In November 2021, Civilian Witness 10 was arrested in New York for assault in the third degree with intent to cause physical injury (misdemeanor) and harassment in the second degree (violation).  A bench warrant was issued for Civilian Witness 10's arrest in December 2021 and Civilian Witness 10 was | GRANTED. |

| | | |
|---|---|---|
| | returned on the warrant in May 2022. A new bench warrant was issued on May 26, 2022. | |
| | Three temporary orders of protection were entered against Civilian Witness 10, one in 2018 and two in 2021. They are now expired. | GRANTED. |
| **Civilian Witness 12** | In 2010, Civilian Witness 12 was arrested in Nevada for insufficient funds on a check (misdemeanor). The charge was dismissed three days later. | GRANTED. |
| **Civilian Witness 13** | In November 2003, Civilian Witness 13 was arrested in Maryland for prostitution.  The disposition of the case is not reported. | GRANTED. |
| **Civilian Witness 14** | In 1986, at the age of 21, Civilian Witness 14 was arrested in New York for robbery in the first degree and rape.  Civilian Witness 14 pleaded guilty in 1987 to robbery in the second degree and was sentenced to a term of imprisonment of 30 to 90 months.  Civilian Witness 14 was released to parole in 1989. | GRANTED. |
| **Civilian Witness 15** | In May 1995, Civilian Witness 15 was arrested in Maryland for being disorderly in a public place, assault, possession of controlled substances and failing to restrain a dangerous dog.  Civilian Witness 15 was convicted of assault and sentenced to one year imprisonment and 18 months' probation. | GRANTED. |

| | | |
|---|---|---|
| | In 1996, Civilian Witness 15 was arrested in Maryland for possession of controlled substances, assault, reckless endangerment, and failing to restrain a dangerous dog.  Nolle prosequi was entered for all charges. | GRANTED. |
| **Civilian Witness 16** | In 1980, at the age of 16, Civilian Witness 16 was arrested in New York for petit larceny (misdemeanor).  The disposition of the case is not reported. | GRANTED. |
| | Also in 1980, Civilian Witness 16 was arrested in New York for robbery in the second degree and robbery in the second degree by aiding and abetting.  Civilian Witness 16 pleaded guilty in 1983 to attempted robbery in the second degree and was sentenced to five years' probation.  Civilian Witness 16's probation was revoked due to the below conviction. | GRANTED. |
| | In 1982, Civilian Witness 16 was arrested in New York for burglary in the second degree.  Civilian Witness 16 was convicted and sentenced to an imprisonment term of 18 to 54 months.  Civilian Witness 16 was released in 1984. | GRANTED. |
| **Civilian Witness 17** | In 1991, at the age of 18, Civilian Witness 17 was arrested in New York for robbery in the second degree.  Civilian Witness 17 pleaded guilty and was sentenced to an imprisonment term of 18 to 54 months. | GRANTED. |
| | In February 1995, Civilian Witness 17 was arrested in New York for intent to obtain transportation without paying (misdemeanor).  Civilian Witness 17 pleaded guilty to trespass (violation) and was sentenced to 15 days custody and $100 fine. | GRANTED. |

| | In 2018, Civilian Witness 17 was arrested in New Jersey for simple assault. The charge was dismissed. | GRANTED. |
|---|---|---|
| **Civilian Witness 18** | In 2004, at the age of 24, Civilian Witness 18 was arrested in New York for driving while intoxicated, operating a motor vehicle with a blood alcohol level of 0.08 or more for a first offense, driving without a license, running a red light, and speeding. Civilian Witness 18 pleaded guilty to driving while intoxicated and received a conditional discharge, was required to attend an alcohol abuse program, $500 fine, and license suspension for six months. A bench warrant was issued for Civilian Witness 18's arrest, pending payment of the fine, and Civilian Witness 18 was resentenced to five days' imprisonment in 2007 when returned on warrant. Another bench warrant was issued for Civilian Witness 18's arrest, and Civilian Witness 18 was resentenced to five days' imprisonment in 2009 when returned on warrant. | GRANTED. |
| | In July 2006, Civilian Witness 18 was arrested in California for driving under the influence ("DUI"). Civilian Witness 18 was convicted of the DUI (misdemeanor) and for failure to provide evidence of responsibility (infraction), and was sentenced to 48 hours' imprisonment and 36 months' probation. | GRANTED. |
| | In August 2006, Civilian Witness 18 was arrested in California for a DUI (misdemeanor). The disposition of the case is not reported. | GRANTED. |

| | | |
|---|---|---|
| | In May 2008, Civilian Witness 18 was arrested in Georgia for driving under the influence of alcohol (misdemeanor). The charge was dismissed. | GRANTED. |
| | In May 2008, Civilian Witness 18 was arrested in California for driving without a license (misdemeanor). The disposition of the case is not reported. | GRANTED. |
| | In 2012, Civilian Witness 18 was arrested in California for having a concealed carry weapon in a vehicle and for a DUI (misdemeanor). The charges were dismissed. | GRANTED. |
| | In 2014, Civilian Witness 18 was arrested in New York for operation of a motor vehicle with blood alcohol level of 0.08 or more. Civilian Witness 18 pleaded guilty to driving while impaired by the consumption of alcohol (infraction) and received a conditional discharge and $1,500 fine in November 2014. | GRANTED. |
| | In June 2016, Civilian Witness 18 was arrested in California for inflicting corporal injury to a spouse or co-habitant and for failure to appear (misdemeanor). The charges were dismissed. | GRANTED. |
| | In November 2016, Civilian Witness 18 was arrested in Nevada for battery in the first degree. The charge was dismissed. | GRANTED. |
| | Two temporary orders of protection were entered against Civilian Witness 18 (using an alias) in 2018 and 2020. They are now expired. | RESERVE DECISION. |

13

| Civilian Witness 19 | In 1992 or 1993, at the age of 26, Civilian Witness 19 was arrested in New York for driving under the influence.  Civilian Witness 19 pleaded guilty and received a conditional discharge. | GRANTED. |
|---|---|---|
| Civilian Witness 21 | In 1994, at the age of 17, Civilian Witness 21 was arrested in New York for burglary.  Civilian Witness 21 pleaded guilty to disorderly conduct (violation) and received a conditional discharge and $200 fine. | GRANTED. |
| | On October 25, 2002, Civilian Witness 21 was arrested in New York for operating a motor vehicle while impaired by drugs as a first offense (misdemeanor), driving while intoxicated as a first offense (misdemeanor), and criminal possession of marijuana in the fifth degree (misdemeanor).  Civilian Witness 21 pleaded guilty in 2003 to driving while under the influence of alcohol (misdemeanor) and received a conditional discharge, requiring participation in an alcohol abuse program and $500 fine. | GRANTED. |
| Civilian Witness 22 | In 1990, at the age of 24, Civilian Witness 22 was arrested in New Jersey for simple assault (misdemeanor).  The charge was dismissed. | GRANTED. |
| | In May 1997, Civilian Witness 22 was arrested in Georgia for driving under the influence of drugs (misdemeanor).   Civilian Witness 22 was convicted and sentenced to community service, 12 months' probation and $100 fine. | GRANTED. |

14

| | | |
|---|---|---|
| | In June 1997, Civilian Witness 22 was arrested in Georgia for theft by receiving stolen property, a motor vehicle.  A nolle prosequi was entered. | GRANTED. |
| | In July 1997, Civilian Witness 22 was arrested in Georgia for driving under the influence of alcohol (misdemeanor).  Civilian Witness 22 was convicted and sentenced to 24 hours' jail, 12 months' probation and $168,500 fine. | GRANTED. |
| | In March 2000, Civilian Witness 22 was arrested in Georgia for simple battery (misdemeanor) and simple assault (misdemeanor).  The charges were dismissed. | GRANTED. |
| | In March 2005, Civilian Witness 22 was arrested in Georgia for driving under the influence of alcohol (misdemeanor).  A nolle prosequi was entered. | GRANTED. |
| | In September 2005, Civilian Witness 22 was arrested for carrying a concealed weapon and driving under the influence of alcohol.  The charges were dismissed. | GRANTED. |
| | In 2012, Civilian Witness 22 was arrested in Florida for aggravated battery.  The charges were dismissed. | GRANTED. |
| | A temporary order of protection was entered against Civilian Witness 22 in 2008.  It is now expired. | GRANTED. |

| | | |
|---|---|---|
| **Civilian Witness 24** | In 1994, at the age of 19, Civilian Witness 24 was arrested in New York for assault in the second degree with intent to cause serious physical injury, reckless endangerment in the first degree, unlawful imprisonment in the first degree, criminal possession of a weapon in the fourth degree with intent to use (misdemeanor) and resisting arrest (misdemeanor).  Civilian Witness 24 pleaded guilty in 1995 to assault in the second degree with intent to cause serious physical injury with a weapon, assault in the second degree with intent to cause physical injury to law enforcement, assault in the third degree with intent to cause physical injury, reckless endangerment in the second degree, menacing with a weapon in the second degree, criminal possession of a weapon in the fourth degree with intent to use (misdemeanor), and obstructing government administration in the second degree (misdemeanor).  Civilian Witness 24 was sentenced to five years' probation. | GRANTED. |
| | In 2001, Civilian Witness 24 was arrested in Georgia for battery (misdemeanor).  The charge was dismissed. | GRANTED. |
| | In 2003, Civilian Witness 24 arrested in Georgia for disorderly conduct (misdemeanor), willful obstruction of law enforcement (misdemeanor), and terroristic threats.  The charges were dismissed. | GRANTED. |
| **Civilian Witness 25** | In 2007, Civilian Witness 25 was arrested for assault in the third degree with intent to cause physical injury (misdemeanor). | GRANTED. |

| Motion to preclude and limit cross-examination of law enforcement witnesses | | |
|---|---|---|
| **Witness Number** | **Prior History** | **Ruling** |
| **Law Enforcement Witness 1** | On two occasions in 2019, Law Enforcement Witness 1 did not print an electronically stored screenshot in hard copy to store in the physical case folder. | GRANTED. |
| **Law Enforcement Witness 2** | In 1988, the Internal Affairs Bureau ("IAB") substantiated an allegation that Law Enforcement Witness 2 failed to perform an independent patrol. | GRANTED. |
| | In 1996, the IAB substantiated an allegation that Law Enforcement Witness 2 failed to safeguard Law Enforcement Witness 2's shield, identification card, and fuel card. | GRANTED. |
| | In 2004, Law Enforcement Witness 2 voluntarily reported to the IAB that, after painting the inside of their home, Law Enforcement Witness 2 inadvertently threw out their identification card in the trash. | GRANTED. |
| **Law Enforcement Witness 3** | In 2016, Law Enforcement Witness 3 was found at fault in an auto accident. | GRANTED. |
| | Law Enforcement Witness 3 was named as a defendant in three civil suits. The first two lawsuits were settled, and the third was dismissed. No adverse credibility determinations were made against Law Enforcement Witness 3 in connection with these lawsuits. | GRANTED. |
| **Law Enforcement Witness 4** | In 2011, IAB substantiated an allegation that Law Enforcement Witness 4 failed to notify operations in a timely manner about an incident in which another police officer got into a bar fight with an unidentified civilian. | GRANTED. |

| | | |
|---|---|---|
| | In 2014, IAB substantiated an allegation that Law Enforcement Witness 4 failed to safeguard a firearm when carried in a holster without a retention/safety device and left it on an airplane after disembarking. | GRANTED. |
| | Law Enforcement Witness 4 was named as a defendant in a civil suit. The case settled without any adverse credibility determinations against Law Enforcement Witness 4. | GRANTED. |
| **Law Enforcement Witness 5** | In 1999, IAB substantiated a claim that Law Enforcement Witness 5 made disparaging remarks based on national origin.  Law Enforcement Witness 5 was warned, admonished, and required to attend a training regarding professionalism in the workplace. | RESERVE DECISION. |
| | Law Enforcement Witness 5 was named as a defendant in two civil suits. In one suit, the claims were dismissed against  Law Enforcement Witness 5 and the case later settled. The other suit is still pending. | GRANTED. |
| **Law Enforcement Witness 6** | In 2003,  Civilian Complaint Review Board ("CCRB") substantiated an allegation that  Law Enforcement Witness 6 did not obtain medical treatment for a civilian.  While a fellow police officer was placing an individual under arrest for disorderly conduct, the individual resisted and pulled on the officer's right arm and the back of the officer's neck.   Law Enforcement Witness 6 deployed pepper spray in response, which affected a nearby group of individuals.  CCRB exonerated Law Enforcement Witness 6 of deploying the pepper spray in defense of self | GRANTED. |

| | | |
|---|---|---|
| | and a fellow officer, but substantiated the claim that Law Enforcement Witness 6 did not provide medical assistance to one of those nearby individuals who was affected by the pepper spray. | |
| | In 2005, IAB substantiated an allegation that Law Enforcement Witness 6 failed to follow department rules and procedures in connection with a car stop. Law Enforcement Witness 6 and another officer pulled over a car and asked the driver and the driver's companion for their driver's licenses and pedigrees. According to the complaint, the officers did not display their shields or identifications or give their names, they searched the vehicle and "made a big mess in the car," and they left the scene without returning one of the licenses. IAB found that the complaints for improper search and failure to provide name/shield were unsubstantiated, and that the complaint for missing property was unfounded, but it substantiated a complaint that "other department rules/procedures" were not followed. | GRANTED. |
| | In 2011, IAB substantiated an allegation that Law Enforcement Witness 6 had an improper or incomplete memo book entry. | GRANTED. |
| | Law Enforcement Witness 6 was named as a defendant in eight civil suits: The first settled without any adverse credibility determinations against Law Enforcement Witness 6. Two other suits were dismissed without any adverse credibility determinations against Law Enforcement Witness 6. Three suits are still active, and the government is | GRANTED. |

|  | not aware of any adverse credibility determinations against Law Enforcement Witness 6 in those suits. And the government is not aware of any adverse credibility determination in any of the other suits. |  |
|---|---|---|
| **Law Enforcement Witness 7** | Law Enforcement Witness 7 was named as a defendant in two civil suits.  Both cases settled without any adverse credibility determinations made against  Law Enforcement Witness 7. | GRANTED. |
| **Law Enforcement Witness 8** | In 1991, IAB substantiated an allegation that Law Enforcement Witness 8 performed an unauthorized search for warrants on a former police officer. | GRANTED. |
| **Law Enforcement Witness 9** | Law Enforcement Witness 9 was named as a defendant in two civil suits, which both settled without any adverse credibility determinations against Law Enforcement Witness 9. | GRANTED. |
| **Law Enforcement Witness 10** | In 1998, IAB issued a command discipline to Law Enforcement Witness 10 after he failed to write a report of a complaint. | GRANTED. |
| **Law Enforcement Witness 11** | In 1995, CCRB sustained an allegation that Law Enforcement Witness 11 used excessive force to effect an arrest. | GRANTED. |
|  | In 2000, CCRB substantiated an allegation that Law Enforcement Witness refused to provide their name/shield number when speaking to a suspect of an automobile crime. | GRANTED. |
|  | Law Enforcement Witness 11 was named in a lawsuit that was dismissed without any adverse | GRANTED. |

| | | |
|---|---|---|
| | credibility determination against Law Enforcement witness 11. | |
| **Law Enforcement Witness 12** | Law Enforcement Witness 12 was named in two civil lawsuits.  Neither of these cases involved an adverse credibility determination against Law Enforcement Witness 12. | GRANTED. |
| **Law Enforcement Witness 13** | Law Enforcement Witness 13 was named in three civil lawsuits, which were settled without an adverse credibility determination against Law Enforcement Witness 13. | GRANTED. |