# NOTICE OF APPEAL
## UNITED STATES DISTRICT COURT
_____Eastern_____ District of _____New York_____

**UNITED STATES OF AMERICA**

- against -

**KARL JORDAN, JR.,**

Defendant.

Docket Number _____20-CR-305 (S-2) (LDH)_____

_____The Honorable LaShann DeArcy Hall_____
(District Court Judge)

Notice is hereby given that _____the United States of America_____ appeals to the United States Court of Appeals for the Second Circuit from the:

Judgment __X__ ; Order __X__ ; Other _____ ; granting motion for judgment of acquittal on conviction Counts One and Two
(specify)

entered in this action on _____December 19, 2025_____.
(specify)

Offense occurred after November 1, 1987    Yes __X__    No _____.

The appeal concerns: order granting motion for judgment of acquittal on conviction Counts One and Two.

Date _____January 5, 2026_____    _____Miranda Gonzalez, AUSA_____
(Counsel for Appellant)

TO:  Michael O. Hueston, Esq.
Attorney At Law
26 Court Street, Suite 1504
Brooklyn, New York 11242
718-246-2900
mh@michaelhueston.com

ADD ADDITIONAL PAGE IF NECESSARY

Address:  U.S. Attorney's Office - E.D.N.Y.
271 Cadman Plaza East
Brooklyn, New York 11201

Telephone Number:  718-254-6183
E-Mail:  Miranda.Gonzalez@usdoj.gov

**(TO BE COMPLETED BY ATTORNEY)**

| ► QUESTIONNAIRE | ► TRANSCRIPT ORDER | ► DESCRIPTION OF PROCEEDINGS FOR WHICH TRANSCRIPT IS REQUIRED (INCLUDE DATE) |
|---|---|---|
| ___ I am ordering a transcript.<br>_X_ I am not ordering a transcript.<br>Reason:<br>___ Daily copy is available<br>_X_ U.S. Attorney has placed order<br>___ Other. Attach explanation | Prepare transcript of<br>___ Pre-trial proceedings<br>___ Trial<br>___ Sentence<br>___ Post-trial proceedings | Dates |

The ATTORNEY certifies that he/she will make satisfactory arrangements with the court reporter for payment of the cost of the transcript. (FRAP 10(b)) ► Method of payment ___ Funds ___ CJA Form 24

ATTORNEY'S signature    /s/ Miranda Gonzalez    Date  January 5, 2026

► COURT REPORTER ACKNOWLEDGMENT    To be completed by Court Reporter and forwarded to Court of Appeals.

| Date order received | Estimated completion date | Estimated number of pages |
|---|---|---|
| | | |

Date _____    Signature _____
(Court Reporter)

**COPY1 - ORIGINAL**

*U.S. GPO: 2001-611-552/60002

**ADDITIONAL PAGE FOR DEFENSE COUNSEL**

- John A. Diaz
  Diaz & Moskowitz, PLLC
  225 Broadway, Suite 715
  New York, New York 10007
  212-227-8208
  johnadiazlaw@gmail.com

- Mark Steven DeMarco
  Law Office of Mark S. DeMarco
  100 Lafayette Street, Suite 501
  New York, New York 10013
  718-239-7070
  MSDLaw@aol.com

- Emilee Ann Sahli
  Sahli Law, PLLC
  195 Broadway, 4th Floor
  Brooklyn, New York 11211
  347-378-8132
  emilee@sahlilaw.com