

# DIAZ & MOSKOWITZ, PLLC

Attorneys at Law

| **John A. Diaz, Esq.** | **johnadiazlaw@gmail.com** | **www.dmlawny.com** |
|---|---|---|

| Garden City Office: | New York Office: |
|---|---|
| 1225 Franklin Avenue | 225 Broadway |
| Suite 325 | Suite 715 |
| Garden City, NY 11530 | New York, NY 10007 |
| (516) 686-6444 | (212) 227-8208 |
| (516) 686-6444 | Fax (212) 566-8165 |

June 10, 2026

**VIA ECF & EMAIL**

The Honorable LeShann DeArcy Hall
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

> **Re:** *United States v. Karl Jordan*, 20 Cr. 305 (S-1) (LDH)

Dear Judge DeArcy Hall:

We represent the defendant, Karl Jordan, on the above referenced matter having been appointed pursuant to the provisions of the Criminal Justice Act (CJA). The purpose of this letter is to respectfully request an adjournment of the status conference currently scheduled for June 11, 2026, to a date after August 14, 2026, which is when the appellate briefs are due. The parties have been discussing the contours of a plea agreement, and the defense and government need additional time while we continue to work out a potential resolution. This is the second request for an adjournment of this conference and the government consents to this request.

The parties jointly and respectfully request the exclusion of time under the Speedy Trial Act until the next appearance before the Court, pursuant to 18 U.S.C. § 3161(h)(7)(A), in order to continue plea discussions and hopefully resolve the case short of trial. Accordingly, it is respectfully requested that the Court adjourn the status conference to a date after August 14, 2026.

The Court's time and consideration of this request are greatly appreciated.

Respectfully submitted,

/s/

John A. Diaz, Esq.
Michael Hueston, Esq.
Mark DeMarco, Esq.

*cc:* All Counsel (*via ECF*)