# MICHAEL HUESTON
### ATTORNEY AT LAW

26 COURT STREET
SUITE 1504
BROOKLYN, NEW YORK 11242

Tel: (718) 246-2900

Email: mh@michaelhueston.com

ADMITTED NY

June 10, 2026

**BY ECF**
The Honorable LaShann DeArcy Hall
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re: *United States v. Jordan, Jr.,* 20 Cr. 305 (LDH)

Your Honor:

Mark DeMareo, Esq., John Diaz, Esq., Emilee Salhi, Esq., and I represent Defendant Karl Jordan, Jr. in the above-referenced matter.

With the government's consent, we respectfully request that the status conference currently scheduled for June 11, 2026, be adjourned to a date after August 14, 2026. The parties are engaged in ongoing plea discussions. This is the second request for an adjournment and corrects yesterday's application.

The parties further request that time be excluded under the Speedy Trial Act through the next court appearance pursuant to 18 U.S.C. § 3161(h)(7)(A).

Accordingly, the parties respectfully request that the Court adjourn the status conference to a date after August 14, 2026.

Respectfully,

/s/ Michael Hueston