**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

MEM/MG
F. #2017R00509

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

July 7, 2026

By Email and ECF

The Honorable LaShann DeArcy Hall
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re: United States v. Karl Jordan, Jr.
Docket No. 20-CR-305 (S-2) (LDH)

Dear Judge DeArcy Hall:

The government respectfully provides this joint status letter to the Court on behalf of both parties. Since the last joint status update on June 9, 2026, see ECF No. 346, the parties have discussed, and are continuing to discuss, the contours of a plea agreement to potentially resolve Counts Three through Eleven of the second superseding indictment as to the defendant Karl Jordan, Jr.

Respectfully submitted,

JOSEPH NOCELLA, JR.
United States Attorney

By: /s/
Mark E. Misorek
Miranda Gonzalez
Assistant U.S. Attorneys
(718) 254-7000

cc: Defense counsel (by Email and ECF)
Clerk of Court (LDH) (by Email and ECF)